IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IUE-CWA, et al., | ) | |
| | ) | Case No. 4:15-cv-02301 |
| Plaintiffs, | ) | |
| | ) | Judge Benita Y. Pearson |
| v. | ) | |
| | ) | |
| General Electric Company, | ) | |
| | ) | |
| Defendant. | ) | |

**Defendant's Response to Plaintiffs' Motion for Order Excusing Certain Parties and Party Representatives from Participation in Case Management Conference**

Defendant General Electric Company does not oppose Plaintiffs' motion, but believes that the excused parties and party representatives should not be permitted to serve as proposed class representatives if they are unwilling and uninterested in participating in this case on behalf of those they purport to represent, and simply intend to "abide by the decisions made for them by the other Plaintiff party representatives." Federal Rule of Civil Procedure 23 does not contemplate a class action system where the purported individual class representatives do not participate in the litigation and the class is instead purportedly represented by union plaintiffs who are not themselves members of the class at all.

Respectfully submitted,

/s/Stanley Weiner
Stanley Weiner (OH Bar No. 0083382)
sweiner@jonesday.com
Johanna Fabrizio Parker (OH Bar No. 0071236)
jfparker@jonesday.com
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

Glen D. Nager (admitted pro hac vice)
gdnager@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-5464
Facsimile:   (202) 626-1700

Attorneys for Defendant
General Electric Company

CERTIFICATE OF SERVICE

    I hereby certify that, on January 5, 2016, a copy of this Defendant's Response to Plaintiffs' Motion for Order Excusing Certain Parties and Party Representatives from Participation in Case Management Conference was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    /s/Stanley Weiner
Stanley Weiner (OH Bar No. 0083382)

Attorney for Defendant
General Electric Company