PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IUE-CWA, *et al.*, ) | |
| ) | CASE NO. 4:15CV2301 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| ) | **ORDER** |
| Defendant. ) | [Resolving ECF No. 21] |

1. A Telephonic Case Management Conference was conducted on January 11, 2016.

2. The parties have agreed to a method for conducting discovery of electronically-stored information. *See* ECF No. 19-4. On or before January 15, 2016, the parties shall file an executed Stipulated ESI Protocol Order.

3. The parties have not yet reached an agreement regarding the handling of disclosed privileged material. *See* Fed. R. Civ. P. 16(b)(3)(B)(iv). On or before January 15, 2016, the parties shall file their agreement with adequately embracing language to supplement the Fed. R. Evid. 502 language in the Stipulated Protective Order. *See* ECF No. 27 at PageID #: 401, ¶ 5(e).

4. On or before January 15, 2016, Defendant shall provide to Plaintiffs information regarding the number of Defendant's employees in Ohio.

Plaintiffs shall serve and file a memorandum in opposition to Defendant's Motion to Transfer Venue (ECF No. 20) on or before January 20, 2016. *See* LR 7.1(d). A reply

(4:15CV2301)

memorandum, if any, shall be served and filed by Defendant on or before January 27, 2016. *See* LR 7.1(e).

     5. Defendant's Motion to Stay Discovery (ECF No. 21) is granted in part. Discovery is stayed until the Court's ruling on Defendant's Motion to Transfer Venue (ECF No. 20).

     6. Defendant shall serve and file its Motion to Dismiss on or before February 10, 2016. *See* Non-document Order entered December 7, 2015.

     7. The next Status Conference will be held on February 11, 2016, at 12:00 p.m. Noon. The conference will be conducted *via* telephone unless circumstances require otherwise. Attorney Fusco is to set up the conference call. The parties and lead counsel of record must participate in the Status Conference.

     IT IS SO ORDERED.

| | |
|---|---|
| January 12, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |