Approved.
/s/ *Benita Y. Pearson* on 2/18/2016
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IUE-CWA, *et al.*, | ) | |
| | ) | CASE NO. 4:15-CV-2301 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | MAGISTRATE JUDGE LIMBERT |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF GARRY WARD
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

PLEASE TAKE NOTICE that Garry Ward, individual plaintiff and putative class representative in the above-entitled action, hereby dismisses without prejudice his individual claims only and withdraws as putative class representative pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which permits dismissal by a plaintiff without an order of the court by filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. The remaining twenty-six (26) individual plaintiffs and putative class representatives can adequately represent the putative class and Mr. Ward's dismissal will not adversely affect plaintiffs' complaint against General Electric Company.

Dated: February 12, 2016

                                                                                        s/David M. Fusco
                                                                                        David M. Fusco (0010387)
                                                                                        Jesse M. Gannon (0090461)
                                                                                        SCHWARZWALD McNAIR & FUSCO LLP
                                                                                        616 Penton Media Building
                                                                                        1300 East Ninth Street
                                                                                        Cleveland, Ohio 44114-1503
                                                                                        (216) 566-1600
                                                                                        (216) 566-1814 (facsimile)
                                                                                        dfusco@smcnlaw.com
                                                                                        jgannon@smcnlaw.com

Thomas M. Kennedy (NY Bar No.1394162)*
Susan M. Jennik (NY Bar No. 1809342)*
Cristina E. Gallo (NY Bar No. 4882957)*
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212) 358-1500
(212) 358-0207(facsimile)
tkennedy@kjmlabor.com
sjennik@kjmlabor.com
cgallo@kjmlabor.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2016, a copy of the forgoing Notice of Voluntary Dismissal of Plaintiff Garry Ward Pursuant To Federal Rule of Civil Procedure 41 was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties or their representatives may access these filings through the Court's system.

                                                s/  David M. Fusco
                                                  Attorney for Plaintiffs